IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK DONIS  *Plaintiff*,  v.  COUNTY OF COOK, et. al.  *Defendant*. | No. 23-cv-16634  Amount Demanded:  The Honorable Sara Ellis |

### PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO FILE INITIAL STATUS REPORT

Plaintiff, Frank Donis ("Donis" or "Plaintiff"), respectfully moves this Honorable Court, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and its inherent powers, for an order extending the time within which he must file his initial status report by [4] 14 days, to February 20, 2024 and resetting the current February 13, 2024 status date. In support of this motion, Plaintiff states as follows:

1. On December 13, 2024, the Court entered an order requiring the parties to file a joint status report by February 6, 2024 and to appear for an initial status conference on February 13, 2024. (Doc. 4).

2. As of today, not all Defendants have been served and no defendant has entered any appearance.

3. The undersigned, who represents Plaintiffs, has been out of the country attending to his sister's funeral, and is currently scheduled to arrive in Chicago on February 7, 2024 in the evening local time. In addition, he has a scheduled court appearance in another matter on February 13, 2024.

1

4. Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides in relevant part that: "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time:(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

5. "The proper procedure, when additional time for any purpose is needed, is to present to the Court a timely request for an extension before the time fixed has expired (i.e., a request presented before the time then fixed for the purpose in question has expired)." *Canup v. Miss. Valley Barge Line Co.*, 31 F.R.D. 282, 283 (D.Pa. 1962). The *Canup* Court explained that "the practicalities of life" (such as an attorney's "conflicting professional engagements" or personal commitments such as vacations, family activities, illnesses, or death) often necessitate an enlargement of time to comply with a court deadline.

6. Good cause exists to extend the time within which Plaintiff must file the initial status report, and to extend the date for the initial status conference because of Plaintiffs' counsel's international travel schedule, status of service and conflict in another matter. This motion is filed before the current deadline expires, and is not to seek a delay or for any other improper purpose.

7. Because no Defendant has appeared, Plaintiff's counsel was unable to establish contact with the Defendants to determine whether they have any objections to this motion.

**WHEREFORE**, for all the above reasons, Plaintiff Frank Donis, respectfully requests this Honorable Court to enter an order:

A. Extending the time within which he must file the joint status report [4] by 14 days; and

B. Granting them any further relief that is appropriate under the circumstances.

Respectfully Submitted

/s/ Eric Onyango
Eric Onyango
Prime Legal, LLC
222 North Columbus Drive, Suite 1507
Chicago, IL 60601
Counsel for Plaintiff